Gellman v Priore (2023 NY Slip Op 01638)

Gellman v Priore

2023 NY Slip Op 01638

Decided on March 24, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 24, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, AND GREENWOOD, JJ.

1044/21 CA 20-01217

[*1]KRISTEN GELLMAN, PLAINTIFF-APPELLANT,
v
CHARLES PRIORE, DEFENDANT-RESPONDENT. 

JASON R. DIPASQUALE, BUFFALO, FOR PLAINTIFF-APPELLANT. 
PAUL M. MICHALEK, JR., WEST SENECA, FOR DEFENDANT-RESPONDENT.
CATHERINE E. NAGEL, ORCHARD PARK, ATTORNEY FOR THE CHILD.

 Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered September 10, 2020. The order, among other things, directed that the subject child attend Bishop Timon-St. Jude High School. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 10, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: March 24, 2023
Ann Dillon Flynn
Clerk of the Court